**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS OBIDAH, | No. C 05-1849 MEJ |
| Plaintiff(s), | **ORDER REQUESTING STATUS UPDATE** |
| vs. | |
| NORTHWEST AIRLINES, et al., | |
| Defendant(s). | |

On September 21, 2005, Defendant Northwest Airlines filed a Notice of Bankruptcy. (Dkt. #7.) As more than three years have since passed, the Court hereby ORDERS the parties to file a joint status statement by November 19, 2008.

**IT IS SO ORDERED.**

Dated: October 30, 2008

MARIA ELENA JAMES
United States Magistrate Judge